Donovan et ux., Appellants, *v.* Philadelphia Parking Authority.

Argued June 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*William A. Goichman,* with him *Rosenzweig, Krimsky & Goichman,* for appellants.

*Edward A. Garabedian,* for appellee.

OPINION PER CURIAM, September 12, 1961:
The order of the Municipal Court of Philadelphia County is affirmed on the opinion of Judge FELIX PIEKARSKI for the court below, reported at 24 Pa. D. & C. 2d 686.